4:24-cv-00989-BRW

10-20-24

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 13 2024
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Micheal Dukes the Lonoke Admin Didnt turn the Statement in to the Sheriff are the Court Clerk they threw the Name of the other party that was doing this and now Im in Jail well prison on the same charges again Micheal Dukes know whats going on he want give me the names of the officers that kick my Door in and Kidnap me without a warrent they was in the Lonoke County Shierff Car and took me to Benton No warrent they Didnt surve not till this date and the Sheirff that made me go left me in Benton Parking lot and wouldn't bring me home I want a report on all my arrest from 2005 until now for legal cases Im in ~~Cumins~~ prison and the Law Library told me to get my sentence order and charge from ~~2005~~

This case assigned to District Judge  Wilson
and to Magistrate Judge  Harris

for my Case soon as possiable please I alread sent petitions to the ~~court~~ Court about illegal sentence and them Court order from 2005 have something to Do with this illegal Sentence the names was Clint Coleman Claric Coleman willie Faimer, Shelia Bouldman Carl Bouldman, ~~scribble~~ ~~scribble~~ Tyron Sallee Mike Tylar Kavin Wise Jessica Wise rebecca wise, Christy from Lonoke County Jail she the press she have a case in your Court too Sonnya Clingan Micheal Brukes Freddie Coleman Mavin Scrinble Linda Baily Kisha Smith, Marcus Berry, Robert Clingan Lum Tolbert Jr, Brinelle PANK Dele Scriable Jackie Green, Terry Laven Cathey Laven, Clinton Hamton and Now my life in harm ~~scribble~~ they trying to play with my health while I'm lock up in Hawkins Unit they want let me see the Doctor I want warrents on all the names on this paper I already have a case number in federal Courts

about my QRS, Barcodes google account my health cards, gift cards, Scan Bar, Itune, Straight talk, AT&T, Verzion T-moble beta, meta, and my phones polices are Kelp them people Do these things and I want to file a lawsuit on them Company for my Partnership they Don't owe me any money but they sold out my shares to someone else I need to file this in Courts these are very Big companys and what they Did to me was very wrong. Applestore, UTube and refunds from google all my Doc to my QR Scanes and QR Codes and Barcodes ISBN and you can start in England, Stuttgart, Pine Bluff and Hawkins Unit they use the gov. funds to Do personal living and programs grants loans and to people Health Gov. Insurence and I'm sitting in Hawkins Unit on false charges and they wont release me you can reach me at Hawkins Unit

Iris Brown #709964
AI from google and Tyler Perry Brnora walker and England Bank, Police Dept. are all part of wire fraud, internet fraud Bank fraud. Mike Sr. Mike Jr. Samaul Matinzas, Elsa, Thomas Allen that just a few and its not no game are more its a ring of people that kill people for insurence they killed my Best Friend Robert Clmgan Malinda Boldman Did it far gane that whey I'm here in prison so they can take my house, cars, money and I'm in prison on the charge the put on me I wrote the Sentra and they planeng to kill me for 100,000,000 insurance and I'm in prison and the refuse me mecial treatment my health is life threating and I can't get help in here please have this look over please you guys need to call Memphis about Sts. Andrson and Mason

800-4

STATE OF ARKANSAS )
                 ) §
COUNTY OF Lonoke )

## AFFIDAVIT

I, Ivis Brown, after first being duly sworn, do hereby swear, depose and state that: the Lonoke Sheriff Dept. illegal arrested me on some charges that was already served and compeleted and I wrote statements on the people that was responeable for false imprisonment me and they came me back some of the copyes from my statement and Micheal Dukes at Lonoke County Jail took my statements and I have four but they Names that I want to serve a warrent

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

10-20-2024
DATE

Ivis Brown
AFFIANT

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
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 20th day of October, 2024.

Janice R. Sutton
NOTARY PUBLIC

My Commission Expires: 04-21-2027

JANICE R SUTTON
NOTARY PUBLIC-STATE OF ARKANSAS
PULASKI COUNTY
My Commission Expires 04-21-2027
Commission # 12701348

800-4

STATE OF ARKANSAS )
 ) §
COUNTY OF Lonoke )

**AFFIDAVIT**

I, Iris Brown, after first being duly sworn, do hereby swear, depose and state that: that on June 26, 2024 I was on Jason St. and England Police Dept came to my house and arrested me for No reson and enter without warrent and took me to Jail before then they arrested me on a probation and I had just got out of Jail on that and they took my phones and ID Accounts, Emails money Bank accounts, freedom and then they let me go and didn't give my property back

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

10-20-24
DATE

Iris Brown
AFFIANT

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
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 20th day of October, 2024.

Janice R. Sutton
NOTARY PUBLIC

My Commission Expires: 04-21-2027

JANICE R SUTTON
NOTARY PUBLIC-STATE OF ARKANSAS
PULASKI COUNTY
My Commission Expires 04-21-2027
Commission # 12701348

Tris Brown #709964
P.O. Box 1010
Wrightville Unit
Wrightville Unit 72183
Wrightvill Arkanses

LITTLE ROCK AR 720
28 OCT 2024 PM 3 L

United State District Court
Clerks office
Richard Sheppard Arnold United
State Courthouse 600 W.
Capitol Avenue South A #149
Little Rock Arkansas 72201-3325