IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**IRIS BROWN**                                                                                       **PLAINTIFF**
**ADC #709964**

**VS.**                                                   **4:24CV-00989-BRW**

**DOES,** *ET AL.*                                                                      **DEFENDANTS**

## JUDGMENT

Based on today's order, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 10th day of December, 2024.

                                                                 Billy Roy Wilson
                                                                 UNITED STATE DISTRICT JUDGE